**EXHIBIT 2:** INFRINGEMENT #1-3

URL: https://www.facebook.com/UkiahBrewing/photos/1513860068985006



**EXHIBIT 2:** INFRINGEMENT #4-6
URL: https://www.instagram.com/p/CZS3VPkhpLP/

